IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-878-WYD-OES

THE PEOPLE OF COLORADO, *ex rel.*
RICHARD L. JENNINGS, Citizens in Party,

    Plaintiff(s),

v.

SCOTT KILPATRICK, COLORADO INTERNAL REVENUE SERVICE, in his individual
capacity;and
DOES I-XX,

    Defendant(s).

_____

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court in connection with Defendants' Motion to

Dismiss, filed May 31, 2005.  The motion was referred to Magistrate Judge O. Edward

Schlatter for a recommendation by Order of Reference dated June 1, 2005.

Magistrate Judge Schlatter issued a Recommendation on July 15, 2005, that the

Motion be granted and that this action be dismissed with prejudice.

*Recommendation* at 1.  The Recommendation is incorporated herein by reference.

*See* 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were

due within ten (10) days after being served with a copy of the Recommendation.  *Id.* at

16.  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Schlatter comports with sound legal authority and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a).  I agree that this case should be dismissed.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge O. Edward Schlatter dated July 15, 2005, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

ORDERED that Defendant's Motion to Dismiss, filed May 31, 2005, is **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE.**

Dated:  September 28, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

-2-